■ In the Matter of LAMAR P., a Person Alleged to be a Juvenile Delinquent, Appellant. [639 NYS2d 942]

We have reviewed the record and agree with the appellant's counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Rosenblatt, J. P., Sullivan, Copertino, Santucci and Goldstein, JJ., concur.